## A02A2241. BRITTAIN v. GAST.
(592 SE2d 506)

ANDREWS, Presiding Judge.

In *Brittain v. Gast,* 259 Ga. App. 124 (575 SE2d 899) (2003), we reversed the trial court's grant of summary judgment in favor of Gast. In *Gast v. Brittain,* 277 Ga. 340 (589 SE2d 63) (2003), the Supreme Court reversed the judgment of this Court. Accordingly, the judgment of the Supreme Court is made the judgment of this Court, and the trial court's grant of summary judgment in favor of Gast is affirmed.

*Judgment affirmed. Phipps and Mikell, JJ., concur.*

DECIDED DECEMBER 18, 2003.

*David W. Griffeth,* for appellant.

*Seacrest, Karesh, Tate & Bicknese, Karsten Bicknese, Daniel S. Wright, Stanley R. Durden,* for appellee.